IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RON SIMMONS, CHARLES SCOTT SYKES, JR.,   RANDY HAUGEN, VALORIE HAUGEN, ORRIN WOODWARD, LAURIE WOODWARD, CHRIS BRADY, TERRI BRADY, WILLIAM FLORENCE, PEGGY FLORENCE, DONALD WILSON NANCY WILSON, TIMOTHY MARKS, AMY MARKS, CHUCK CULLEN, NANCY CULLEN, KIRK BIRTLES, CASSANDRA BIRTLES, JIM MARTIN, DOLORES MARTIN, ARON RADOSA, MARY RADOSA, CHUCK GOETSCHEL, DAVID BRANDY, BRUCE GILBANK,  JESSILYN GILBANK, MIKE MARTENSEN, and BENJAMIN DICKIE    individually | § § § § § § § § § § § § § § § § § § § § § § § § | No. 4:08-cv-159 |
| *Plaintiffs*, | | **PLAINTIFFS' NOTICE OF APPEAL** |
| v. | | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY | | |
| *Defendants* | | |

---

### NOTICE OF APPEAL

---

**TO THE HONORABLE JUDGE:**

Notice is hereby given that the **PLAINTIFFS, RON SIMMONS, CHARLES SCOTT SYKES, JR., RANDY HAUGEN, VALORIE HAUGEN, ORRIN WOODWARD, LAURIE WOODWARD, CHRIS BRADY, TERRI BRADY, DONALD WILSON, NANCY WILSON, TIMOTHY MARKS,   AMY MARKS, CHUCK CULLEN, NANCY CULLEN,**

**KIRK BIRTLES, CASSANDRA BIRTLES, JIM MARTIN, DOLORES MARTIN, ARON RADOSA, MARY RADOSA, CHUCK GOETSCHEL, DAVID BRANDY, BRUCE GILBANK, JESSILYN GILBANK, MIKE MARTENSEN, and BENJAMIN DICKIE**, (hereinafter referred to as "Plaintiffs") hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Document 91) and the Sealed Memorandum Opinion and Order Regarding Motions for Summary Judgment (Document 90) signed by United States Magistrate Judge Don. D. Bush on October 7, 2009 and entered in the district court's ECF system on October 8, 2009 in the above-referenced matter.  On October 22, 2009 Plaintiffs' filed their sealed Motion for Reconsideration and New Trial (Doc. 92). On December 22, 2009, Judge Bush denied Plaintiffs' sealed Motion for Reconsideration and New Trial (Doc. 103).

Respectfully submitted,

/s/
_____
Michael Y. McCormick
State Bar No. 13461030

/s/ (with authorization)
_____
Sharon M. Woods
Dennis M. Barnes
BARRIS, SOTT, DENN & DRIKER, PLLC
211 W. Fort Street, Suite 1500
Detroit, MI  48226
Telephone:     (313) 965-9725
Fax:             (313) 965-2493

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record pursuant to the Federal Rules of Civil Procedure on this 20th day of January, 2010.

/s/
_____
Michael McCormick